Counsel of Record Listed on Next Page

J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ORTIZ, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KMART, form unknown, and DOES 1 through 100 inclusive,<br><br>　　　　Defendant. | Case No. SACV 06-638 ODW (ANx)<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hearing:<br>Date:　　　　August 18, 2008<br>Time:　　　　1:30 p.m.<br>Courtroom:　　11 |

1  JOSE GARAY, Bar No. 200494
2  JOSE GARAY, APLC
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
4  Telephone:  949.260.9193
   Facsimile:   949.260.9194
5

6  ROGER CARTER, Bar No. 140196
   THE CARTER LAW FIRM
7  2030 Main Street, Suite 1300
8  Irvine, CA 92614
   Telephone:  949.260.4737
9  Facsimile:   949.260.4754

10
   SCOTT B. COOPER, Bar No. 174520
11 THE COOPER LAW FIRM, P.C.
12 2030 Main Street, Suite 1300
   Irvine, CA 92614
13 Telephone:  949.724.9200
14 Facsimile:   949.724.9255

15 JAMES R. HAWKINS, Bar No. 192925
16 HAWKINS & SOFONIO
   7700 Irvine Center Drive, Suite 800
17 Irvine, CA  92618
18 Tel: (949) 788-2911
   Fax: (949) 788-2912
19

20 Attorneys for Plaintiff MARK ORTIZ,
   on behalf of himself and on behalf of all others similarly situated
21

22

23

24

25

26

27

28

-1-
FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

The Court has received and considered the proposed Stipulation for Class Action Settlement between Plaintiff and Defendant (hereinafter the "Settlement Agreement"); has previously granted preliminary approval of the class settlement that provided for conditional class certification; has been informed by declarations that notice to the Class of the settlement has been given to the Class; has held a fairness hearing at which all parties appeared by their Counsel and at which the Class Members were afforded the opportunity to object to the proposed settlement; has received and reviewed briefing and evidence as to why the proposed settlement is fair, adequate and in the best interests of the represented class; and has considered all other arguments and submissions in connection with the proposed settlement.

**NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Settlement Agreement and the terms therein are fair, just, reasonable and adequate as to the settling parties, including the Class (as defined below), and is hereby finally approved in all respects. The parties are hereby directed to perform the terms of the Settlement Agreement.

2. The Class represented herein by Plaintiff is defined as all current and former non-exempt employees (i.e., employees paid on an hourly basis and eligible to receive overtime compensation) working for Kmart in California during the period from April 23, 2003 to March 3, 2008 (the "Class" or "Class Members").

3. The unopposed application of Class Counsel for costs and attorneys' fees award against Defendant is hereby granted. Defendant shall pay $2,000,000 in fees and litigation costs of $35,566.41 to The Cooper Law Firm, P.C., Jose Garay, APLC, Hawkins & Sofonio, and The Carter Law Firm ("Class Counsel"), with the payment to be made as provided for in the Settlement Agreement incorporated by reference. The Court hereby also awards a class representative enhancement of $5,000 to Mark Ortiz. The class representative enhancement shall be paid in accordance with the terms of the Settlement Agreement. The Class Administrator,

Rust Consulting, Inc., shall be paid $268,984.90 in accordance with the terms of the Settlement Agreement. No other costs and fees relief shall be awarded, either against Defendant or any related persons or entities or from the award to the Class.

4. All Class Members, except those who timely opted out of the settlement, are bound by the instant Final Judgment and Order of Dismissal With Prejudice and by the previously-approved Settlement Agreement. Each participating Class Member is hereby deemed to have released Defendants and any related parties, as defined in the Settlement Agreement, from the claims described in the Settlement Agreement.

5. This action is hereby dismissed on the merits with prejudice. The Court shall retain jurisdiction of this action. Jurisdiction shall be so retained for the purpose of resolving any disputes that may arise as to the implementation of the monetary relief terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: August 18, 2008

The Honorable Otis Wright, II
Judge, U.S. District Court for the Central District Of California